# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160376(42)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ADAM NYMAN and SARA NYMAN,
      Plaintiffs-Appellants,

v

SC: 160376
COA: 344213
Wayne CC: 17-012847-CB

THOMSON REUTERS HOLDINGS, INC., doing
business as WESTLAW,
      Defendant-Appellee.

_____/

      On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply submitted on December 5, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2019



Clerk